**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>REFCO INC., et al.,<br><br>                  Debtors. | Chapter 11<br><br>Case No. 05-60006 (RDD)<br>(Jointly Administered) |
| MARC S. KIRSCHNER,<br>as Trustee of the Refco Litigation Trust,<br><br>                  Plaintiff,<br><br>            - against -<br><br>JOHN D. AGOGLIA, PHILLIP R. BENNETT, THE TRUSTEE(S) OF THE PHILLIP R. BENNETT THREE YEAR ANNUITY TRUST, EDWIN L. COX, SUKHMEET "MICKY" DHILLON, THE TRUSTEE(S) OF THE JASDEEP DHILLON TRUSTEE MSD FAMILY TRUST, THOMAS H. DITTMER, THE TRUSTEE(S) OF THE DITTMER TRUST, STEPHEN GRADY, TONE N. GRANT, ERIC LIPOFF, SANTO MAGGIO, PETER McCARTHY, JOSEPH MURPHY, FRANK MUTTERER, WILLIAM SEXTON, ROBERT TROSTEN, MEMPHIS HOLDINGS LLC, MLC FIRST CAYMAN LTD., REFCO GROUP HOLDINGS INC., and JOHN DOES 1 THROUGH 10.<br><br>                  Defendants. | Adv. Pro. No. 07-03060 (RDD) |

## NOTICE OF DISMISSAL OF CLAIMS ASSERTED AGAINST PETER McCARTHY

**WHEREAS**, on October 15, 2007, Plaintiff Marc S. Kirschner, as the

Court-approved Trustee for the Refco Litigation Trust, (the "Trustee") filed a complaint

(the "Complaint") asserting claims against, among others, Peter McCarthy ("McCarthy");

and

1

**WHEREAS**, on October 25, 2007, McCarthy was properly served with the Complaint; and

**WHEREAS**, McCarthy has neither answered nor filed a motion for summary judgment against the Complaint.

**NOW, THEREFORE**, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), as incorporated by Fed. R. Bankr. P. 7041, the Trustee voluntarily dismisses with prejudice all claims asserted against McCarthy in the Complaint.

    MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP

    By:    /s/ Dennis C. O'Donnell
          Scott A. Edelman
          Andrew M. Leblanc
          Dennis C. O'Donnell
          1 Chase Manhattan Plaza
          New York, NY 10005-1413
          (212) 530-5000

    Dated: December 7, 2010

*Counsel for Plaintiff Marc S. Kirschner, as Trustee for the Refco Litigation Trust*